No. 993, Misc., October Term, 1959. LOFTON v. SHARP ET AL., 363 U. S. 857;

No. 1042, Misc., October Term, 1959. WAY v. SETTLE, WARDEN, 363 U. S. 835; and

No. 1050, Misc., October Term, 1959. RICHARDSON v. RHAY, PENITENTIARY SUPERINTENDENT, 363 U. S. 834. Petitions for rehearing denied.

No. 52, Misc., October Term, 1959. KAPLAN v. NEW YORK, 363 U. S. 805; and

No. 882, Misc., October Term, 1959. LARSON v. UNITED STATES, 363 U. S. 849. Motions for leave to file petitions for rehearing denied.

No. 970, Misc., October Term, 1959. FAUBERT v. MICHIGAN ET AL., 363 U. S. 835. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

OCTOBER 17, 1960.

No. ——. ALLIED CHEMICAL CORP. v. UNITED STATES. The application for stay presented to MR. JUSTICE FRANKFURTER, and by him referred to the Court, is denied. *John T. Noonan* for applicant. *Solicitor General Rankin* for the United States.

No. 28. KONIGSBERG v. STATE BAR OF CALIFORNIA ET AL. Certiorari, 362 U. S. 910, to the Supreme Court of California. The motion of American Civil Liberties Union of Southern California for leave to file brief, as *amicus curiae,* is granted. *A. L. Wirin, Fred Okrand* and *Hugh R. Manes* for movant.